1  **HOWARD A. KROLL, CA Bar No. 100981**
   howard.kroll@cph.com

2  **CHRISTIE, PARKER & HALE, LLP**
   **655 N. Central Avenue, Suite 2300**

3  **Post Office Box 29001**
   **Glendale, California 91209-9001**

4  **Telephone: (626) 795-9900**
   **Facsimile: (626) 577-8800**

5

6  **DAVID J. STEELE, CA Bar No. 209797**
   Email: djslit@cph.com

7  **CHRISTIE, PARKER & HALE, LLP**
   **18101 Von Karman Avenue, Suite 1950**

8  **Irvine, CA 92612-0163**
   **Telephone: (949) 476-0757**
   **Facsimile:  (949) 476-8640**

9

10  Attorneys for Plaintiff,
   TACORI ENTERPRISES

11

12             UNITED STATES DISTRICT COURT

13            CENTRAL  DISTRICT OF CALIFORNIA

14            **CV12- 04323** PA(VBKx)

15  TACORI ENTERPRISES,      |  Case No.

16         Plaintiff,      |  **COMPLAINT FOR CYBERSQUATTING**

17         vs.

18  OVERSEE.NET, OVERSEE  |  **DEMAND FOR TRIAL BY JURY**
   DOMAIN MANAGEMENT, LLC,

19  and NAMEKING.COM INC.,

20         Defendant.

21

22     Plaintiff,  TACORI  ENTERPRISES  ("Tacori"),  by  and  through  its

23  attorneys, Christie, Parker & Hale, LLP, files its complaint against Defendants,

24  OVERSEE.NET,  OVERSEE  DOMAIN  MANAGEMENT,  LLC  and

25  NAMEKING.COM  INC.  (collectively,  "Oversee"),  for  injunctive  relief  and

26  damages as follows:

27     Tacori alleges as follows, upon actual knowledge with respect to itself and

28  its own acts, and on information and belief as to all other matters.

CHRISTIE, PARKER & HALE, LLP

**Subject Matter Jurisdiction and Venue**

1.      Except for allegations based on personal knowledge, such as allegations involving Tacori's business and corporate identity, the allegations in this Complaint are based on information and belief.

2.      This is an action for cybersquatting under 15 U.S.C. § 1125(d).  This Court has subject matter jurisdiction over the claims pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338.

3.      Venue is proper in this judicial district as to Oversee pursuant to 28 U.S.C. §1391(b), 28 U.S.C. § 1391(c) and/or 28 U.S.C. § 1391(d).

**Parties and Personal Jurisdiction**

4.      Tacori is a California corporation with its principal place of business at 1736 Gardena Avenue, Glendale, California.

5.      Defendant Oversee.Net operates one of the largest internet traffic monetization networks in the world and conducts its business at 515 S. Flower Street, Suite 4400, Los Angeles, California.

6.      Defendant Oversee Domain Management, LLC is a Delaware corporation licensed to do business in California and conducts its business at 515 S. Flower Street, Suite 4400, Los Angeles, California.

7.      Defendant NameKing.com, Inc. is a Delaware corporation licensed to do business in California and conducts its business at 515 S. Flower Street, Suite 4400, Los Angeles, California.  NameKing.com, Inc. is also a registrar of Internet domain names accredited by the Internet Corporation for Assigned Names and Numbers ("ICANN"), a California corporation.

8.      Defendants Oversee.Net, Oversee Domain Management, LLC and NameKing.com, Inc. (collectively "Oversee") are the agents, servants, employees, partners, alter egos, subsidiaries or joint venturers of each other and that the acts of each of the Defendants were in the scope of such relationship.

CHRISTIE, PARKER & HALE, LLP

9.     In doing the acts or failing to act as alleged in this Complaint, each of the Defendants acted with the knowledge, permission and the consent of each of the other Defendants.

10.    Each of the Defendants aided and abetted each of the other Defendants in the acts or omissions alleged in this Complaint.

11.    This Court has personal jurisdiction over Oversee because Oversee conducts systematic and continuous business within the Central District of California related to the unlawful activities at issue in this Complaint.

### Tacori's Business

12.    For over 35 years, Tacori has been an innovator in the design, creation, and marketing of fine jewelry.  Tacori designs its own jewelry and has created exclusive collections from only top quality platinum and 18 or 22 karat gold.

13.    Tacori owns United States Trademark Registration No. 3,071,071 for its word mark TACORI which it uses in connection with all jewelry items. Tacori first used the TACORI mark in 1989.   The TACORI mark is now incontestable pursuant to 15 U.S.C. § 1065.  A copy of the registration certificate for this registration is attached to this Complaint as Exhibit 1.

14.    Tacori also owns United States Trademark Registration No. 3,315,049 for its word mark TACORI and design which it uses in connection with all jewelry items, including rings, bracelets, earrings, wedding bands.  Tacori first used the TACORI mark and design in 1990.  A copy of the registration certificate for this registration is attached to this Complaint as Exhibit 2.

15.    The TACORI marks and design (collectively, the "Tacori Trademarks") are valid and enforceable.   The Tacori Trademarks are widely known and recognized among jewelers and consumers throughout the world.

16.    The Tacori Trademarks are unique and distinctive and, as such, designate a single source of origin.

-3-

17.   As a result of Tacori's extensive and exclusive use, the Tacori Trademarks have developed extensive goodwill in the market and are extremely valuable to Tacori.  Tacori expends substantial effort and expense to protect the Tacori Trademarks and their distinctiveness in the marketplace.

18.   Tacori has made and continues to make a substantial investment of time, effort, and expense in the design, manufacturing, and marketing of its jewelry under the Tacori Trademarks.  For example, Tacori's custom designed platinum and diamond wedding bands and the Tacori Trademarks were featured on the Today Show and received the popular vote from over 59,000 viewers choosing the wedding bands for a winning couple.  Tacori's custom designs and the Tacori Trademarks have also been featured on Extra, and various seasons of The Bachelorette and The Bachelor.

19.   Tacori advertises its jewelry designs and the Tacori Trademarks in national publications, such as Cosmopolitan, Elegant Bride, Elle, InStyle, InStyle-Wedding, Marie Claire, Martha Stewart Wedding, Modern Bride, Robb Report, Town & Country, Vogue, and W.  Furthermore, Tacori advertises its products, and the Tacori Trademarks in trade publications and over the World Wide Web through its website www.tacori.com.

20.   Tacori's jewelry, bearing the Tacori Trademarks, have been sold to retail stores throughout the United States.  These retail stores display and offer for sale Tacori's jewelry bearing the Tacori Trademarks to the general public.

21.   The Tacori Trademarks have had outstanding commercial success.  As a result, jewelers and the public recognize the Tacori Trademarks as designating an exclusive source, thereby creating a goodwill which inures to Tacori's benefit.

22.   In 1998, Tacori expanded its retailing strategy by launching an Internet website using the domain name tacori.com and operating a website available at http://www.tacori.com and at http://tacori.com.

CHRISTIE, PARKER & HALE, LLP

23.     The tacori.com website uses the Tacori Trademarks and features information on many of the jewelry products offered by Tacori.  Printouts from the website at tacori.com evidencing such use of the Tacori Trademarks are attached to this Complaint as Exhibit 3.

24.     The Tacori Trademarks are famous marks protected under 15 U.S.C. § 1125(c).

### Oversee's Business

25.     Oversee is a serial cybersquatter who registers, uses, and traffics in domain names that are confusingly similar to famous or distinctive trademarks owned by others, including the Tacori Trademarks.

26.     Cybersquatters register domain names that are confusingly similar to trademarks in order to attract consumers who are attempting to reach the trademark owner's webpage.   The domain names registered often include a trademark combined with a descriptive word or phrase associated with the trademark (e.g., the trademark FORD and the descriptive phrase "pickup trucks" could be combined in the domain name fordpickuptrucks.com).  Cybersquatters also register common misspelling or mistyping of trademarks, again, to attract consumers who are attempting to reach the trademark owner's webpage (e.g., the misspelling FOORD registered as foord.com).  The aim of the cybersquatter is to register domain names consumers will visit so that advertisements can be displayed. Cybersquatters often target famous trademarks because consumers search for these trademarks online.

27.     Cybersquatters use the registered domain names to host webpages which contain advertisements.  Cybersquatters obtain the advertisements from Internet advertising companies, search engines, or affiliate programs.  When the advertisements are clicked by the consumers, the cybersquatters get paid from the Internet advertising companies, search engines, or affiliate programs.

CHRISTIE, PARKER & HALE, LLP

28.     Oversee's activities are entirely consistent with other cybersquatters' activities.    Oversee has registered and used many domain names that are confusingly similar to famous trademarks, including the Tacori Trademarks, in order to attract consumers who are attempting to reach the trademark owner's webpage.  Some of Oversee's domain names include a trademark combined with a descriptive word or phrase associated with the trademark (e.g., the trademark TACORI and the descriptive phrase "rings" which was combined in the domain name tacoririings.com).    Oversee also registered common misspelling or mistyping of trademarks, again, to attract consumers who are attempting to reach the trademark owner's webpage (e.g., the misspelling of Tacori registered as taccori.com).

29.     Oversee hosts webpages at the registered domain names which contain advertisements.  When the advertisements are clicked by the consumers Oversee gets paid by Internet advertising companies.

### Oversee's Registration, Use, and Trafficking In Domain Names
### That Are Confusingly Similar to the Tacori Trademarks

30.     TACORI has not authorized Oversee to use the Tacori Trademarks Marks in any way.

31.     Oversee has registered, used or trafficked in, at least 6 domain names which are confusingly similar to the Tacori Trademarks, including:

taccori.com
tacorri.com
tacoriiv.com
tacoririings.com
tacoti.com
tracori.com

(collectively, the "Infringing Domain Names").

32.     Each of the Infringing Domain Names is confusingly similar to at least one of the Tacori Trademarks.

CHRISTIE, PARKER & HALE, LLP

33.    Oversee was the registrant for the Infringing Domain Names. Printouts of historic WHOIS data for the Infringing Domain Names showing Oversee as the Registrant are attached to this Complaint as Exhibit 4.

34.    Oversee used many of the Infringing Domain Names to divert for commercial gain Internet users searching for the Tacori Trademarks.

35.    Oversee operated websites at many of the Infringing Domain Names which displayed HTML links featuring goods or services that are directly competitive with those sold or provided in connection with the Tacori Trademarks.  Screenshots of some of the websites hosted at most of the Infringing Domain Names are attached to this Complaint as Exhibit 5.

36.    When Internet users clicked on one or more of the displayed HTML links on the websites at many of the Infringing Domain Names, Oversee received payments from one or more advertisers, search engines, or affiliate programs.

### Harm to Tacori and the General Public

37.    Oversee's unauthorized registration and use of the Infringing Domain Names create a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of the Infringing Domain Names, and is likely to falsely suggest a sponsorship, connection, license, or association of Oversee, and the Infringing Domain Names, with Tacori.

38.    Oversee's activities have irreparably harmed and, if not enjoined, will continue to irreparably harm Tacori and its long-used and federally registered trademarks.

39.    Oversee's activities have irreparably harmed, and if not enjoined, will continue to irreparably harm the general public who has an inherent interest in being free from confusion, mistake, and deception.

CHRISTIE, PARKER & HALE, LLP

# FIRST CAUSE OF ACTION

## [Cybersquatting on the Tacori Trademarks

## Under 15 U.S.C. § 1125(d)]

40. Tacori realleges and incorporates by reference each of the paragraphs above as though fully set forth here.

41. Oversee registered, trafficked in or used the Infringing Domain Names.

42. The Tacori Trademarks were distinctive and federally registered at the United States Patent and Trademark Office at the time Oversee registered and used the Infringing Domain Names.

43. The Infringing Domain Names are confusingly similar to the Tacori Trademarks.

44. Oversee registered, trafficked in, or used the Infringing Domain Names in bad faith and with a bad faith intent to profit from the Tacori Trademarks.

45. Oversee does not have any intellectual property rights or any other rights in the Tacori Trademarks.

46. None of the Infringing Domain Names consist of the legal name of Oversee, nor a name that is otherwise commonly used to identify Oversee.

47. Oversee has not made any prior use of any of the Infringing Domain Names in connection with the bona fide offering of any goods or services.

48. Oversee has not made any bona fide fair use of the Tacori Trademarks on a website accessible under any of the Infringing Domain Names.

49. Oversee registered and used the Infringing Domain Names to divert consumers from Tacori's websites to websites accessible under the Infringing Domain Names for Oversee's commercial gain by creating a likelihood of confusion as to the source, sponsorship, affiliation, or endorsement of these websites.

CHRISTIE, PARKER & HALE, LLP

50.     Oversee provided material and misleading false contact information when applying for the registration of the Infringing Domain Names.

51.     Oversee intentionally failed to maintain accurate contact information in connection with the registration of the Infringing Domain Names.

52.     Oversee has engaged in a pattern of providing material and misleading false contact information when applying for the registration of domain names.

53.     Oversee has acquired multiple domain names which Defendant knows are identical or confusingly similar to marks of others that were distinctive at the time of registration of such domain names, or dilutive of famous marks of others that were famous at the time of registration of such domain names.

54.     The Tacori Trademarks are famous within the meaning of 15 U.S.C. § 1125(c).

55.     The Infringing Domain Names are identical or confusingly similar to the Tacori Trademarks.

56.     Oversee's registration, use, or trafficking in the Infringing Domain Names constitutes cybersquatting in violation of 15 U.S.C. § 1125(d), entitling Tacori to relief.

57.     Oversee engaged in these activities with a bad faith intent to profit from the registration or maintenance of the Infringing Domain Names.

58.     By reason of Oversee's acts, Tacori's remedy at law is not adequate to compensate them for the injuries inflicted by Oversee.  Accordingly, Tacori is entitled to preliminary and permanent injunctive relief pursuant to 15 U.S.C. § 1116.

59.     By reason of Oversee's acts, Tacori is entitled to recover Oversee's profits, actual damages and the costs of the action, or statutory damages under 15 U.S.C. § 1117, on election by Tacori, in an amount of $100,000.00 per domain name infringement.

CHRISTIE, PARKER & HALE, LLP

60.    This is an exceptional case making Tacori eligible for an award of attorneys' fees under 15 U.S.C. § 1117.

### Request For Relief

Therefore, Tacori respectfully requests judgment as follows:

1.    That the Court enter a judgment that Oversee:

    a)    has violated the rights of Tacori in the Tacori Trademarks in violation of 15 U.S.C. § 1125(d);

    b)    be ordered to transfer every domain name they own which is identical or confusingly similar to any of the Tacori Trademarks to Tacori;

2.    That Oversee, its agents, representatives, employees, assigns and suppliers, and all persons acting in concert or privity with Oversee be preliminarily and permanently enjoined from the following activities:

    a)    Registering, trafficking in, or using, in any manner, any Internet domain name that incorporates, in whole or in part, the Tacori Trademarks, or any name, mark or designation confusingly similar thereto;

    b)    Using any of the Tacori Trademarks, or any other name, mark, designation or depiction in a manner that is likely to cause confusion regarding whether Oversee is affiliated or associated with or sponsored by Tacori;

    c)    Registering any Internet domain name that incorporates, in whole or in part, the Tacori Trademarks, or any name, mark or designation confusingly similar thereto;

    d)    Registering any domain name without providing complete and accurate contact information, including Oversee's full legal name, as the registrant, and not maintaining complete and

CHRISTIE, PARKER & HALE, LLP

accurate contact information, including Oversee's full legal name, as the registrant;

e)    Cybersquatting against Tacori or any violation of Tacori's trademark rights; and

f)    Assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 2(a) through 2(e) above;

3.    That Oversee be ordered to engage in corrective advertising to the extent necessary to correct any consumer confusion or misperceptions resulting from Oversee's unlawful acts complained of above;

4.    That Oversee be ordered to account to Tacori for, and disgorge, all profits they have derived by reason of the unlawful acts complained of above;

5.    That Oversee be ordered to pay damages, and that those damages be trebled, under 15 U.S.C. § 1117;

6.    That Oversee be ordered to pay statutory damages under 15 U.S.C. § 1117(d), on election by Tacori, in an amount of $100,000.00 per domain name infringement;

7.    That Oversee be ordered to pay Tacori's reasonable attorney fees, prejudgment interest, and costs of this action under 15 U.S.C. § 1117;

8.    That Oversee be ordered to file with the Court and serve upon Tacori a written report under oath setting forth in detail the manner and form in which Oversee has complied with the injunction and judgment within 30 days after the service of the injunction and judgment upon Oversee; and

CHRISTIE, PARKER & HALE, LLP

1    9.    That Tacori be awarded such other relief as may be appropriate.

2

3    DATED:  May 17, 2012                         Respectfully submitted,

4                                                CHRISTIE, PARKER & HALE, LLP

5

6                                                By

7                                                   Howard A. Kroll

8                                                Attorneys for Plaintiff,
                                                 Tacori Enterprises

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHRISTIE, PARKER & HALE, LLP

# DEMAND FOR TRIAL BY JURY

Plaintiff, TACORI ENTERPRISES, hereby demands a trial by jury to decide all issues so triable in this case.

DATED:  May 17, 2012

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By

Howard A. Kroll
David J. Steele

Attorneys for Plaintiff,
Tacori Enterprises

SCL PAS1172028.1-*-05/17/12 12:11 PM

-13-

# EXHIBIT 1

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,071,071
Registered Mar. 21, 2006

### TRADEMARK
**PRINCIPAL REGISTER**

# TACORI

TACORI ENTERPRISES (CALIFORNIA COR-
   PORATION)
1736 GARDENA AVENUE
GLENDALE, CA 91204

   FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).

   FIRST USE 1-30-1989; IN COMMERCE 1-30-1989.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-600,488, FILED 4-1-2005.

CYNTHIA SLOAN, EXAMINING ATTORNEY

EXHIBIT 1
PAGE 14

EXHIBIT 2

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

**United States Patent and Trademark Office**

Reg. No. 3,315,049

Registered Oct. 23, 2007

## TRADEMARK
### PRINCIPAL REGISTER



TACORI ENTERPRISES (CALIFORNIA COR-
  PORATION)
607 S. HILL ST.
SUITE 414
LOS ANGELES. CA 90014

  FOR: JEWELRY. NAMELY. RINGS. BRACELETS.
EARRINGS AND WEDDING BANDS. IN CLASS 14
(U.S. CLS. 2, 27. 28 AND 50).

FIRST USE 3-1-1990; IN COMMERCE 3-1-1990.

OWNER OF U.S. REG. NO. 1,588,750.

SER. NO. 76-458,620, FILED 10-16-2002.

ALICE SUE CARRUTHERS. EXAMINING ATTOR-
NEY

EXHIBIT   2
PAGE   15

# EXHIBIT 3



EXHIBIT 3
PAGE 16



EXHIBIT 3
PAGE 17



EXHIBIT    3
PAGE    18



EXHIBIT 3
PAGE 19



EXHIBIT 3
PAGE 20



EXHIBIT 3
PAGE 24

EXHIBIT 4


**DomainTools**

You are logged in as -- -- --   Upgrade Your Account | Log out | Help

taccori.com | Whois Search | Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Whois History for Taccori.com on 2012-02-28

Tweet    Like

Enter a domain name to get its history

taccori.com                                          Get History

b Suhvkxv

| | |
|---|---|
| **Domain:** | taccori.com ◌ Ẑ kr̄kⱩkwrvl |
| **Cache Date:** | 534503505; |
| **Registrar:** | NAMEKING.COM, INC. |
| **Server:** | z krⱩqdp hnꞁqjⱢfrp |
| **Created:** | 5336045048 |
| **Updated:** | 534404405< |
| **Expires:** | 534504508 |
| **Reverse Whois:** | Fⱬfn#rq#dq#hp dⱬ#dgguhvv#z h#Ɽrxqg#ⱨⱬ#vkkvⱧz kr̄vꞁuhfrụ |

wⱬvhh#z kⱢⱦk#rvkhuⱥgrp dⱥqv#vkh#uhjⱢⱣvⱥdqvⱨⱦ#dvvrfⱢⱨhg#z ⱨk=

dep ꞁıC rvhuwhhgrp dⱥp dgⱢhp hqvⱧfrp   ꞁhrC qdp hnⱣrıⱢfrp   dexvhC qdp hnⱣrıⱢfrp

```
Domain Name:              taccori.com

Registrant
--------------------------------------------------------------

Name:                     Admin -

Organization:             Oversee Domain Management, LLC

Email:                    admin@overseedomainmanagement.com
Address:                  515 S. Flower Street

               Suite 4400

City, Province, Post Code:  Los Angeles, California, 90071
Country:                  US
Phone:                    1.2132653191

Admin Contact
--------------------------------------------------------------

Name:                     Admin -

Organization:             Oversee Domain Management, LLC

Email:                    admin@overseedomainmanagement.com
Address:                  515 S. Flower Street

               Suite 4400

City, Province, Post Code:  Los Angeles, California, 90071
Country:                  US
Phone:                    1.2132653191

Billing Contact
--------------------------------------------------------------

Name:                     Admin -

Organization:             Oversee Domain Management, LLC

Email:                    admin@overseedomainmanagement.com
```

EXHIBIT ___4___
PAGE ___22___

```
Address:                        515 S. Flower Street

                                    Suite 4400

City, Province, Post Code:   Los Angeles, California, 90071
Country:                        US
Phone:                          1.2132653191

Tech Contact
-------------------------------------------------------------

Name:                           Admin -

Organization:                Oversee Domain Management, LLC

Email:                          admin@overseedomainmanagement.com
Address:                        515 S. Flower Street

                                    Suite 4400

City, Province, Post Code:   Los Angeles, California, 90071
Country:                        US
Phone:                          1.2132653191

Creation Date:               12/15/03
Expiration Date:             12/15/12
Domain Status:               ACTIVE

Domain Servers

   ns1.dsredirection.com

   ns2.dsredirection.com

Registration Provided By:    NAMEKING INC.
Contact:                          info@nameking.com
Abuse Desk Email Address:    abuse@nameking.com
```

© 2012 DomainTools, LLC All rights reserved.

Available on the App Store

EXHIBIT    4
PAGE    23



You are logged in as -- -- --   Upgrade Your Account | Log out | Help

tacorri.com          Whois Search     Search

**Overview**   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## Whois History for Tacorri.com on 2012-03-08

Tweet   Like

Enter a domain name to get its history

tacorri.com                          Get History

b dutvlrxv

| | |
|---|---|
| **Domain:** | tacorri.com 0 z kr lvlK lnzui |
| **Cache Date:** | 534503603 ; |
| **Registrar:** | NAMEKING.COM, INC. |
| **Server:** | z kr lxkdp hnlzjlfrp |
| **Created:** | 533703604 5 |
| **Updated:** | 534503403 6 |
| **Expires:** | 534603604 5 |
| **Reverse Whois:** | Fdfn#rq#dq#hp dl#dgguhvv#z h#irxqg#lq#wklv#z kr lv#uhfrug |

w#vhh#z k lEk#r w#uhgvrp dlqv#wk#hj lw#udqw#wh#uh#udqw#lv lk=
dlan lnC r vhuwhhrp dkp dgdihp hrwdfrp   hrrC adp hnlrlfrp   dexvhC adp hnlzjlfrp

```
Domain Name:                   tacorri.com

Registrant
----------------------------------------------------------------

Name:                  Admin -

Organization:          Oversee Domain Management, LLC

Email:                 admin@overseedomainmanagement.com
Address:               515 S. Flower Street

                       Suite 4400

City, Province, Post Code:   Los Angeles, California, 90071
Country:               US
Phone:                 1.2132653191

Admin Contact
----------------------------------------------------------------

Name:                  Admin -

Organization:          Oversee Domain Management, LLC

Email:                 admin@overseedomainmanagement.com
Address:               515 S. Flower Street

                       Suite 4400

City, Province, Post Code:   Los Angeles, California, 90071
Country:               US
Phone:                 1.2132653191

Billing Contact
----------------------------------------------------------------

Name:                  Admin -

Organization:          Oversee Domain Management, LLC

Email:                 admin@overseedomainmanagement.com
```

EXHIBIT  4
PAGE  24

```
Address:                          515 S. Flower Street

                            Suite 4400

City, Province, Post Code:  Los Angeles, California, 90071
Country:                    US
Phone:                      1.2132653191

Tech Contact
--------------------------------------------------------------

Name:                       Admin -

Organization:               Oversee Domain Management, LLC

Email:                      admin@overseedomainmanagement.com
Address:                    515 S. Flower Street

                            Suite 4400

City, Province, Post Code:  Los Angeles, California, 90071
Country:                    US
Phone:                      1.2132653191

Creation Date:              03/12/04
Expiration Date:            03/12/13
Domain Status:              ACTIVE

Domain Servers

   ns1.dsredirection.com

   ns2.dsredirection.com

Registration Provided By:   NAMEKING INC.
Contact:                    info@nameking.com
Abuse Desk Email Address:   abuse@nameking.com
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.


Available on the App Store

EXHIBIT  4
PAGE  25



You are logged in as -- -- -- | **Upgrade Your Account** | Log out | Help

| tacoriiv.com | Whois Search ▼ | Search |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Whois History for Tacoriiv.com on 2012-02-12

Tweet    Like

**Enter a domain name to get its history**

tacoriiv.com                                    Get History

b Suhγ̈xxv

| Domain: | tacoriiv.com 0 z̄ kr̄v̈#̄ b̄wrul |
| Cache Date: | 5345035045 |
| Registrar: | NAMEKING.COM, INC. |
| Server: | z kr̄v̈qdp hn̄kɟjlfrp |
| Created: | 53440350₃; |
| Updated: | 53450350₃< |
| Expires: | 53460350₃; |
| Reverse Whois: | Fdfn#rq#dq#hp dl#dgguhvv#z h#irxqg#lq#wk b#z kr b#uhfrug |

w#vhh#z klfk#rwkhu#grp dlqv#kh#uhj l;#udqw#lv#dvvrf l̄ehg#z lk=

dqp bC rvhwhhra̅dp dqdihp hqwfrp    lxrC qdp hnkjlfrp    dexvhC qdp hnkjlfrp

```
Domain Name:              tacoriiv.com

Registrant
------------------------------------------------------------

Name:                     Admin -

Organization:             Oversee Domain Management, LLC

Email:                    admin@overseedomainmanagement.com
Address:                  515 S. Flower Street

                 Suite 4400

City, Province, Post Code:  Los Angeles, California, 90071
Country:                  US
Phone:                    1.2132653191

Admin Contact
------------------------------------------------------------

Name:                     Admin -

Organization:             Oversee Domain Management, LLC

Email:                    admin@overseedomainmanagement.com
Address:                  515 S. Flower Street

                 Suite 4400

City, Province, Post Code:  Los Angeles, California, 90071
Country:                  US
Phone:                    1.2132653191

Billing Contact
------------------------------------------------------------

Name:                     Admin -

Organization:             Oversee Domain Management, LLC

Email:                    admin@overseedomainmanagement.com
```

EXHIBIT  4
PAGE  26

```
Address:                        515 S. Flower Street

                         Suite 4400

City, Province, Post Code:   Los Angeles, California, 90071
Country:                        US
Phone:                          1.2132653191

Tech Contact
--------------------------------------------------------------

Name:                           Admin -

Organization:            Oversee Domain Management, LLC

Email:                   admin@overseedomainmanagement.com
Address:                        515 S. Flower Street

                         Suite 4400

City, Province, Post Code:   Los Angeles, California, 90071
Country:                        US
Phone:                          1.2132653191

Creation Date:                  02/08/11
Expiration Date:                02/08/12
Domain Status:                  EXPIRY-HOLD

Domain Servers

   ns1.dsredirection.com

   ns2.dsredirection.com

Registration Provided By:   NAMEKING INC.
Contact:                    info@nameking.com
Abuse Desk Email Address:   abuse@nameking.com
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

**Available on the App Store**

EXHIBIT __4__
PAGE __27__



You are logged in as -- -- --   **Upgrade Your Account** | Log out | Help

| tacorirings.com | Whois Search ▼ | Search |

**Overview**   **Whois Lookup**   **Reverse Whois**   **Whois History**   **Hosting History**   **Screenshot History**   **Name Server Report**   **Reverse IP**   **DNS Tools**

## Whois History for Tacorirings.com on 2012-04-08

Tweet   Like

**Enter a domain name to get its history**

tacorirings.com                                   Get History

b Suhvkrxv

| | |
|---|---|
| **Domain:** | tacorirings.com   0   z krkrWklWwrul |
| **Cache Date:** | 534503703; |
| **Registrar:** | NAMEKING.COM, INC. |
| **Server:** | z krWkqdp hnlkjifrp |
| **Created:** | 5337034049 |
| **Updated:** | 534404505< |
| **Expires:** | 5346034049 |
| **Reverse Whois:** | Pdfm#rq#dq#hp d1#dgguhvw#z h#irxqg#lk#wkkw#z krkw#uhfrug<br>wr#vhh#z klfk#rwkhu#grp d1qvl#wkh#uhjlwudqw#uvhd#vwr#fldwhg#z lk=<br>dqp kC rvhw#hrp dkp dqdqhp hqwfrp   hnrC qdp hnb:ifro   dexvhC qdp hnkjiifrp |

| | |
|---|---|
| Domain Name: | tacorirings.com |

Registrant
------------------------------------------------------------

| | |
|---|---|
| Name: | Admin - |
| Organization: | Oversee Domain Management, LLC |
| Email: | admin@overseedomainmanagement.com |
| Address: - | 515 S. Flower Street |
| | Suite 4400 |
| City, Province, Post Code: | Los Angeles, California, 90071 |
| Country: | US |
| Phone: | 1.2132653191 |

Admin Contact
------------------------------------------------------------

| | |
|---|---|
| Name: | Admin - |
| Organization: | Oversee Domain Management, LLC |
| Email: | admin@overseedomainmanagement.com |
| Address: | 515 S. Flower Street |
| | Suite 4400 |
| City, Province, Post Code: | Los Angeles, California, 90071 |
| Country: | US |
| Phone: | 1.2132653191 |

Billing Contact
------------------------------------------------------------

| | |
|---|---|
| Name: | Admin - |
| Organization: | Oversee Domain Management, LLC |
| Email: | admin@overseedomainmanagement.com |

EXHIBIT 4
PAGE 28

```
Address:                        515 S. Flower Street

                                  Suite 4400

City, Province, Post Code:   Los Angeles, California, 90071
Country:                        US
Phone:                          1.2132653191

Tech Contact
--------------------------------------------------------------

Name:                           Admin -

Organization:                Oversee Domain Management, LLC

Email:                       admin@overseedomainmanagement.com
Address:                     515 S. Flower Street

                                  Suite 4400

City, Province, Post Code:   Los Angeles, California, 90071
Country:                        US
Phone:                          1.2132653191

Creation Date:               01/16/04
Expiration Date:             01/16/13
Domain Status:               ACTIVE

Domain Servers

  ns1.dsredirection.com

  ns2.dsredirection.com

Registration Provided By:    NAMEKING INC.
Contact:                     info@nameking.com
Abuse Desk Email Address:    abuse@nameking.com
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.


Available on the App Store

EXHIBIT 4
PAGE  29



You are logged in as -- -- --   Upgrade Your Account | Log out | Help

| tacoti.com | Whois Search ▾ | Search |

**Overview**   Whois Lookup   **Reverse Whois**   Whois History   **Hosting History**   Screenshot History   **Name Server Report**   Reverse IP   **DNS Tools**

## Whois History for Tacoti.com on 2012-02-24

Tweet   Like

Enter a domain name to get its history

tacoti.com                                          Get History

b Suhvkxv

**Domain:** tacoti.com 0 z krvxqk lwryl
**Cache Date:** 5345035057
**Registrar:** NAMEKING.COM, INC.
**Server:** z krvxqdp hnlqjlfrp
**Created:** 5339044037
**Updated:** 5344043064
**Expires:** 5345044037
**Reverse Whois:** Fdfn#rqildq#hp dlxldgguhvv#z h#irxqgs#llq#wklx#z krlx#uhfrug
w#vhh#z klfk#rwkhu#grp dlqvllxkh#uhjlxwhudqwlx#dvvrfldwhg#z lxk=

dsp ilC rvhwwhhdrp dlnp dadihp hzwlfrp   hxxC qdp hnlrifrp   dsxvhC qdp hnlrifrp

Domain Name:              tacoti.com

Registrant
------------------------------------------------------------

Name:                     Admin -

Organization:             Oversee Domain Management, LLC

Email:                    admin@overseedomainmanagement.com
Address:                  515 S. Flower Street

                          Suite 4400

City, Province, Post Code:   Los Angeles, California, 90071
Country:                  US
Phone:                    1.2132653191

Admin Contact
------------------------------------------------------------

Name:                     Admin -

Organization:             Oversee Domain Management, LLC

Email:                    admin@overseedomainmanagement.com
Address:                  515 S. Flower Street

                          Suite 4400

City, Province, Post Code:   Los Angeles, California, 90071
Country:                  US
Phone:                    1.2132653191

Billing Contact
------------------------------------------------------------

Name:                     Admin -

Organization:             Oversee Domain Management, LLC

Email:                    admin@overseedomainmanagement.com

EXHIBIT ___4___
PAGE ___30___

```
Address:                          515 S. Flower Street

                                     Suite 4400

City, Province, Post Code:   Los Angeles, California, 90071
Country:                          US
Phone:                            1.2132653191

Tech Contact
------------------------------------------------------------

Name:                             Admin -

Organization:                Oversee Domain Management, LLC

Email:                       admin@overseedomainmanagement.com
Address:                          515 S. Flower Street

                                     Suite 4400

City, Province, Post Code:   Los Angeles, California, 90071
Country:                          US
Phone:                            1.2132653191

Creation Date:                    11/04/06
Expiration Date:                  11/04/12
Domain Status:                    ACTIVE

Domain Servers

    ns1.dsredirection.com

    ns2.dsredirection.com

Registration Provided By:    NAMEKING INC.
Contact:                          info@nameking.com
Abuse Desk Email Address:    abuse@nameking.com
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

EXHIBIT ___4___
PAGE ___34___



You are logged in as -- -- -- Upgrade Your Account | Log out | Help ?

| tracori.com | Whois Search ▾ | Search |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Whois History for Tracori.com on 2012-03-20

Tweet | Like

Enter a domain name to get its history

tracori.com                                             Get History

b Suhvlrxv

**Domain:**           tracori.com 0 S kr3z4K 3wruJ
**Cache Date:**       5345036053
**Registrar:**        NAMEKING.COM, INC.
**Server:**           z kr3zgdp hn3zj1frp
**Created:**          533603;055
**Updated:**          534403;06
**Expires:**          534503;055
**Reverse Whois:** Fdfn#rq#dq#hp d3#dgguhvw#z h#irxqg#3q#wk3v#z kr3v#uhfrug
             w#ivhh#z kltk#r#wkhu#grp d3q#wkth#uh#j3wudfqw#w3#dvrf#lMshg#z 3k=
             dqp 3zC rvhuwhsrp d3rp dqdg3hp hcwdfrp    3xrC gdp hn3z3fre    3gxvhC gdp hn3r3frp

Domain Name:                    tracori.com

Registrant
------------------------------------------------------------

Name:                   Admin -

Organization:           Oversee Domain Management, LLC

Email:                  admin@overseedomainmanagement.com
Address:                515 S. Flower Street

                                    Suite 4400

City, Province, Post Code:  Los Angeles, California, 90071
Country:                    US
Phone:                      1.2132653191

Admin Contact
------------------------------------------------------------

Name:                   Admin -

Organization:           Oversee Domain Management, LLC

Email:                  admin@overseedomainmanagement.com
Address:                515 S. Flower Street

                                    Suite 4400

City, Province, Post Code:  Los Angeles, California, 90071
Country:                    US
Phone:                      1.2132653191

Billing Contact
------------------------------------------------------------

Name:                   Admin -

Organization:           Oversee Domain Management, LLC

Email:                  admin@overseedomainmanagement.com

EXHIBIT    Y
PAGE    32

```
Address:                      515 S. Flower Street

                          Suite 4400

City, Province, Post Code:  Los Angeles, California, 90071
Country:                      US
Phone:                        1.2132653191

Tech Contact
--------------------------------------------------------------

Name:                         Admin -

Organization:                 Oversee Domain Management, LLC

Email:                        admin@overseedomainmanagement.com
Address:                      515 S. Flower Street

                          Suite 4400

City, Province, Post Code:  Los Angeles, California, 90071
Country:                      US
Phone:                        1.2132653191

Creation Date:                08/22/03
Expiration Date:              08/22/12
Domain Status:                ACTIVE

Domain Servers

    ns1.dsredirection.com

    ns2.dsredirection.com

Registration Provided By:   NAMEKING INC.
Contact:                      info@nameking.com
Abuse Desk Email Address:   abuse@nameking.com
```

© 2012 DomainTools, LLC All rights reserved.


Available on the App Store

EXHIBIT 1
PAGE 33

EXHIBIT 5

# Taccori.com
What you need, when you need it

Sponsored Listings

Related Searches

Engagement Rings

Tacori

Best Diamond Engagement Rings

Diamond Engagement Rings

Buy Engagement Ring

Pave Wedding Rings

White Gold Engagement Rings

Tiffany Diamond Rings

Blue Sapphire Diamond Rings

Cash For Diamond Rings

## INVISALIGN FROM $2999
54% Off Invisalign This Month Only. Don't I
DrFlormanOrtho.com

## BUY VARNA RINGS LOCAL
We Carry Popular Brands & Designers Me
www.generales.com

## ENGAGEMENT RINGS
Find a ring as perfect as she is at Blue Nile
www.BlueNile.com

## MOTHER'S DAY RINGS
Put her kid's birthstone in a Ring A Mother'
Gemvara.com

## ZALES ONLINE
Elegant jewelry to fit your budget. Free Shi
Zales.com

Related Searches:   Diamond Wedding Rings UK   |   Platinum Rings   |   Celtic Wedding Rings Sets   |   Bridal Engagem
Jewelry Engagement Rings   |   High End Diamond Rings   |   Engagement Rings for Women

Legal Policies

EXHIBIT _5_
PAGE _3.8_

## Tacorri.com
What you need, when you need it

Sponsored Listings

Related Searches

Tacori Rings

Diamond Engagement Rings

Engagement Rings

Vintage Engagement Rings

Live Wedding Bands

Tiffany Diamond Rings

Wedding Ring Sets

Wedding Rings Wedding Bands

Two Tone Diamond Wedding Band

Best Diamond Engagement Rings

### INVISALIGN FROM $2999
54% Off Invisalign This Month Only. Don't
DrFlormanOrtho.com

### ENGAGEMENT RINGS
Find a ring as perfect as she is at Blue Nile
www.BlueNile.com

### SELL YOUR DIAMONDS TO
We Pay Premium Prices for Large Diamon
www.newport-jewelers.net

### BUY VARNA RINGS LOCAL
We Carry Popular Brands & Designers Me
www.generales.com

### LOW-COST ENGAGEMENT
World's Largest Selection of Lab- Created
DiamondNexus.com/EngagementRings

Related Searches:   Mens Diamond Band   |   Diamond Wedding Rings UK   |   Celtic Titanium Wedding Bands   |   Four
Greek Key Wedding Ring   |   Emerald Cut Diamond   |   Cheap Diamond Wedding Sets

Legal Policies



EXHIBIT ___5___
PAGE ___35___

**Tacoririrings.com**
What you need, when you need it

Related Searches

Engagement Rings

Tacori Rings

Tacori CZ Rings

Diamond Ring

Diamonds Engagement Rings

Pave Wedding Rings

White Gold Engagement Rings

Cash For Diamond Rings

Blue Sapphire Diamond Rings

Platinum Rings

Sponsored Listings

### FIND YOUR ENGAGEMENT

Do You Have the Stones to Propose? Com
www.RobbinsBrothers.com

### VINTAGE STYLE RINGS

Great Selection of beautiful rings Up to 70%
www.bridalrings.com

### ENGAGEMENT RINGS

Find a ring as perfect as she is at Blue Nile
www.BlueNile.com

### DIAMOND JEWELRY

Shop Gordon's fine jewelry today! Free Shi
GordonsJewelers.com

### WEDDING DIAMOND RINGS

40-80% Off Women's Wedding Rings Certi
www.BeverlyDiamonds.com/Wedding

Related Searches:   Diamond Wedding Rings UK   |   Celtic Wedding Rings Sets   |   Wedding Rings Wedding Bands   |
Cheap Titanium Wedding Rings   |   Engagement Rings for Women   |   Roberto Coin Engagement Rings

Legal Policies



EXHIBIT    5
PAGE    36

**Tacoti.com**
What you need, when you need it

Sponsored Listings

**Related Searches**

Wedding Rings

Pave Wedding Rings

Diamonds Engagement Rings

White Gold Engagement Rings

Pink Sapphire Rings

Blue Sapphire Diamond Rings

Rings Princess

Platinum Rings

Gold And Ruby Rings

Diamond Wedding Rings UK

## FIND YOUR ENGAGEMENT
Do You Have the Stones to Propose? Com
www.RobbinsBrothers.com

## VINTAGE STYLE RINGS
Great Selection of beautiful rings Up to 70°
www.bridalrings.com

## ENGAGEMENT RINGS
Find a ring as perfect as she is at Blue Nile
www.BlueNile.com

## MOTHER'S DAY RINGS
Put her kid's birthstone in a Ring A Mother'
Gemvara.com

## SAVE $1000S ON INVISALIG
Lowest Price due to a University Study Sub
DrFlormanOrtho.com

Related Searches:   Semi Mounts for Rings   |   Build Your Own Rings   |   High End Diamond Rings   |   Deals on Engag
Rings   |   Anniversary Rings   |   4 Carat Wedding Rings

Legal Policies



EXHIBIT   5
PAGE   37

## Tracori.com
What you need, when you need it

Sponsored Listings

### FIND YOUR ENGAGEMENT
Do You Have the Stones to Propose? Com
www.RobbinsBrothers.com

### ENGAGEMENT RINGS
Find a ring as perfect as she is at Blue Nile
www.BlueNile.com

### INVISALIGN FROM $2999
54% Off Invisalign This Month Only. Don't
DrFlormanOrtho.com

### FLAWLESS MAN-MADE DIA
Perfect Synthetic Diamonds Set in 14k Gol
www.DiamondNexus.com

### ZALES: THE DIAMOND STO
Elegant jewelry to fit your budget. Free Shi
Zales.com

Related Searches

Hatton Garden Engagement Rings

Buy Engagement Ring

Pave Wedding Rings

White Gold Engagement Rings

Tiffany Diamond Rings

Best Diamond Engagement Rings

Blue Sapphire Diamond Rings

Cash For Diamond Rings

Diamond Wedding Rings UK

Platinum Rings

Related Searches:   Celtic Wedding Rings Sets   |   Bridal Engagement Ring Sets   |   Wedding Rings Wedding Bands   |
Rings   |   Engagement Rings for Women   |   Roberto Coin Engagement Rings   |   Custom Made Engagement Rings

Legal Policies

EXHIBIT     5
PAGE     25

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

## CV12- 4323 PA (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

TACORI ENTERPRISES

PLAINTIFF(S)

v.

OVERSEE.NET, OVERSEE DOMAIN MANAGEMENT,
LLC, and NAMEKING.COM INC.

DEFENDANT(S).

CASE NUMBER

CV12-04323 PA(VBKx)

**SUMMONS**

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within 21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Howard A. Kroll _____ , whose address is Christie, Parker & Hale, LLP, 655 N. Central Ave., Ste 2300, Glendale, CA 91203 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

MAY 1 8 2012

JULIE PRADO SEAL

Dated: _____

By: _____

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07) **SUMMONS** CCD-1A

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br><br>TACORI ENTERPRISES | **DEFENDANTS**<br><br>OVERSEE.NET, OVERSEE DOMAIN MANAGEMENT, LLC, and NAMEKING.COM INC. |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Howard A. Kroll, CA Bar No. 100981<br>howard.kroll@cph.com<br>Christie, Parker & Hale, LLP<br>655 N. Central Ave., Suite 2300<br>Glendale, California 91203<br>Phone: 626-795-9900; Fax: 626-577-8800 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT: $** according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. Section 1125(d).

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CCD-JS44

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a).  IDENTICAL CASES:  Has this action been previously filed in this court and dismissed, remanded or closed? [X] No  [ ] Yes
If yes, list case number(s): _____

VIII(b).  RELATED CASES:  Have any cases been previously filed in this court that are related to the present case? [ ] No  [X] Yes
If yes, list case number(s):  CV05-1388 RSWL (MCx); CV06-0380 CJC (RNBx)

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)    [ ] A. Arise from the same or closely related transactions, happenings, or events; or
                                [X] B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                [X] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE:  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
[ ]  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
[ ]  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date May 17, 2012
                                          Howard A. Kroll

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |