HOWARD A. KROLL, CA Bar No. 100981
howard.kroll@cph.com
CHRISTIE, PARKER & HALE, LLP
655 N. Central Avenue, Suite 2300
Post Office Box 29001
Glendale, California 91209-9001
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

Attorneys for Plaintiff,
TACORI ENTERPRISES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TACORI ENTERPRISES,

    Plaintiff,

vs.

OVERSEE.NET, OVERSEE DOMAIN MANAGEMENT, LLC, and NAMEKING.COM INC.,

    Defendants.

Case No. CV12-04323 PA(VBKx)

**NOTICE OF RELATED CASES**

In compliance with U.S. District Court, Central District, Local Rule 83-1.3, Plaintiff Tacori Enterprises ("Tacori") submits this Notice to inform the Court of the existence of other actions previously filed or pending in the Central District of California that are related to this case.

The other actions are titled: *Tacori Enterprises v. Scott Kay, Inc. and Dan Scott*, Case No. CV-05-1388 RSWL (Mcx), and *Tacori Enterprises v. Manila Industries Inc.; Netsphere, Inc. and Munish Krishan*, Case No. CV-06-0380 CJC (RNBx).

At issue in both cases were claims of cybersquatting involving the TACORI trademark.

DATED: May 17, 2012

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

By /s/ Howard A. Kroll
Howard A. Kroll

Attorneys for Plaintiff,
Tacori Enterprises

SCL PAS1175439.1-*-05/17/12 3:39 PM

CHRISTIE, PARKER & HALE, LLP