JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TACORI ENTERPRISES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OVERSEE.NET, OVERSEE DOMAIN MANAGEMENT, LLC, and NAMEKING.COM INC.,<br><br>　　　　　Defendants. | Case No.: CV12-04323 RSWL (VBKx)<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL OF ACTION**<br><br>Assigned to the Hon. Ronald S.W. Lew<br><br>Complaint Filed: May 18, 2012 |

///
///
///

1  Pursuant to a stipulation of the parties and Rule 41 of the Federal Rules of Civil
2  Procedure, this action is hereby dismissed with prejudice in its entirety.
3      Each party shall bear its own attorneys' fees, costs, and expenses.

Dated:  8/16/12

__RONALD S.W. LEW__
Hon. Ronald S.W. Lew
Senior, U.S. District Court Judge